IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WYLE E. COYOTE, | ) | 4:05cv600 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | |
| ACME Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS ORDERED that the Defendant's motion to dismiss, filing 2, is denied. Defendant is given until January 27, 2006 to file an answer to the complaint.

DATED this 28th day of December, 2005.

BY THE COURT:

s/ John V. Hendry
United States District Judge