Motion

s/Stuart J. Dornan #18553
Attorney for Defendant
Dornan & Lustgarten
1001 Farnam Street
Omaha, NE 68102
402-884-7044


Certificate of Service